UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHNNY D. SITTNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:12-CV-0109 SNLJ |
| ) | |
| MICHAEL BOWERSOX, et al., ) | |
| ) | |
| Respondent. ) | |

## ORDER

The above-styled case, filed on June 27, 2012, was erroneously filed in the Court's Southeast Division. On July 5, 1972, this Court entered an order stating that all applications for habeas arising out of the Northern Division or the Southeastern Division of the Eastern District of Missouri shall be filed in the Eastern Division of the Eastern District of Missouri, and assigned an Eastern Division number, and processed as other civil cases are processed. See In re: Business of the Court, July 5, 1972.

Therefore,

Pursuant to In re Business of the Court, July 5, 1972, this cause has been reassigned to the Honorable Catherine D. Perry, United States District Judge, by random assignment, in this Court's Eastern Division.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Dated this 27th day of June, 2012.
**In all future filings please use the following cause number**: **4:12-CV-1156-CDP**